# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136925(96)(97)

TRACY NEAL, on behalf of herself and
all others similarly situated,
          Plaintiffs-Appellees,

v

SC: 136925
COA: 285232
Washtenaw CC: 96-006986-CZ

DEPARTMENT OF CORRECTIONS,
KENNETH MCGINNIS, JOAN YUKINS,
SALLY LANGLEY, CAROL HOWES,
ROBERT SALIS, CORNELL HOWARD,
MARTIN TATE, THOMAS PORTMAN,
WILLIAM ELLISON, CHRISTOPHER
GALLAGHER, RODERICK ROBEY, WILLIAM
OVERTON, CLARICE STOVALL, NANCY
ZANG, JOHN ANDREWS, JAN BALDWIN,
WES BONNEY, DAVID CRUKSHANK,
JOSEPH DURIGON, DAVID HABITZ,
EDWARD HOOK, JACK HUTCHINS,
DENNIS IFORD, DERLE JONES,
ART LANCASTER, ERIN RICHARDSON,
ANTHONY SIMMONS, FRED WELCH,
LYNN WILLIAMS, CHARLES WILLIAMS,
          Defendants-Appellants.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's September 17, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

TAYLOR, C.J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2008

_____
Clerk

d1007